# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00847-CV

### In re First Texas Bank

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

Relator First Texas Bank has filed an agreed motion to dismiss this original proceeding. We grant relator's motion and dismiss the original proceeding and the related motion for emergency relief. Each party shall bear its own costs relating to this original proceeding.

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Filed: February 13, 2019